mandamus is not the proper proceeding in which to oust from office an acting officer who is not a party thereto.

1196  OLSON vs. GAVAGAN (Twp. Treas.), No. 11976½.

To compel respondent to deliver to relator, treasurer-elect, the moneys, books, papers, records, etc., pertaining to the office of township treasurer.

Order to show cause denied May 6, 1891.

An attempt to settle the question of the title to office in a mandamus proceeding.

1197  KETCHAM (Treasurer, Highland Park Village) vs. WAGNER, No. 12052½.

To compel respondent to deliver over to relator books, papers and property, pertaining to the office of treasurer of the Village of Highland Park.

Order to show cause denied July 28, 1891.

1198  KETCHAM (Treasurer, Highland Park Village), vs. WAGNER, No. 12510, 90 M., 271.

To compel delivery to relator of certain books, papers and money in respondent's hands as former treasurer.

Granted February 10, 1892, without costs, and held, that respondent having acted in good faith, is entitled to retain money in his hands to defray his expenses herein, which sum is hereby fixed at $75.

See Atty. Genl. vs. Highland Park, 88 M., 653.

1199  LORANGER vs. NAVARRE, No. 13570, 97 M., 615.

To compel respondent to deliver over to relator the moneys,